IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN P. COCKELL                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO. 1:06CV23

COMMISSIONER OF SOCIAL SECURITY,                              DEFENDANT

## ORDER

In accordance with the report and recommendation issued by the Magistrate Judge on

November 6, 2006, the Commissioner's final decision is reversed and this matter is remanded for

further proceedings consistent with the Magistrate Judge's report and recommendation, which

this court hereby adopts as its own.

SO ORDERED, this the 29th day of November, 2006.


                                        **/s/ Michael P. Mills**
                                        **UNITED STATES DISTRICT JUDGE**